UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mark S. Leibowitz,
    Plaintiff

v().                                        Case No.  C-1-02-462

USB, Inc., et al.,
    Defendants

**ORDER**

      The Court having been advised by the parties that the within action has been settled;

      It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.  The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.  The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date: <u>October 8, 2003</u>                    s/Sandra S. Beckwith
                                                     Sandra S. Beckwith
                                                     United States District Judge